UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>McKENNA BUSS,<br><br>                    Defendant. | Case No. 2:19-cr-00097-DCN-2<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE AND PERMIT TRAVEL** |

Pending before the Court is Defendant's Motion to Modify Conditions of Release and Permit Travel. Dkt. 65. The Court has conferred with Defendant's pretrial release officer, reviewed the motion and the record in this matter. Good cause exists to grant the Motion. Therefore,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Modify Conditions of Release and Permit Travel (Dkt. 65) is **GRANTED**.

2. Condition 6 of the Order Setting Conditions of Release (Dkt. 22) is removed.

3. Condition 7(g) of the Order Setting Conditions of Release (Dkt. 22) is modified to read "avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution, including: Trevon Tuggles and Sydney Masklonka".

ORDER - 1

4.  Ms. Buss will be allowed to travel to the Eastern District of Washington and District of Idaho from January 14-23, 2020. She will only stay at an approved residence for this period of time and provide any and all information to the United States Probation Office with regard to her travel plans.

DATED: January 13, 2020

David C. Nye
Chief U.S. District Court Judge

ORDER - 2